## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JUAN LUIS LEONOR,

              Plaintiff,

    vs.

CHIEF JUSTICE  HEAVICAN, et al.,

              Defendants.

**8:21CV76**

**ORDER**

IT IS ORDERED that Plaintiff's motion for leave to amend (Filing 8) is granted, with the understanding that the Amended Complaint, when filed, will supersede, rather than supplement, the original Complaint (Filing 1). *See* NECivR 15.1(a). Plaintiff shall file the Amended Complaint within 14 days.[1]

Dated this 29th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] "The granting of the motion for leave to amend does not constitute filing the amended pleading. If granted leave to amend, the party must then file the amended pleading." NECivR 15.1(c).